UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LATERRACE KERLEY, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:21-CV-20-TAV-HBG |
| BRANDON FOSTER, | ) |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Defendant Foster's motion for summary judgment [Doc 17] is **GRANTED**, and this prisoner's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED without prejudice**. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this dismissal would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to **CLOSE** the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

　　LeAnna R. Wilson
　　CLERK OF COURT